ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

FILED___ LODGED
___RECEIVED___COPY

2012 JAN 18 P 3: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR12-0172TUC |
| Plaintiff, | **INDICTMENT** VICTIM CASE |
| v. | Violation: 18 USC 111(a)(1) and (b) |
| Ted Earl Severeid | Assault on a Federal Officer Resulting in Bodily Injury |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about November 04, 2011, at the United States Penitentiary at or near Tucson, in the District of Arizona, the defendant, Ted Earl Severeid, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Corrections Officer Robert Nemcik, an officer of the United States while Corrections Officer Robert Nemcik was engaged in and on account of the performance of his official duties with the act constituting more than simple assault and resulting in bodily injury, that is Ted Earl Severeid kicked and bit Corrections Officer Robert Nemcik causing bruising, a break in

///

///

Corrections Officer Robert Nemcik 's skin and bleeding, in violation of Title 18 United States Code Sections 111(a)(1) and (b).

A TRUE BILL

/s/
_____
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

JAN 1 8 2012

/s/
Assistant U.S. Attorney