UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ RECEIVED ___
MAR 14 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DE

United States
PLAINTIFF

V.

Ted Earl Severeid
DEFENDANT

AMENDED WITNESS LIST

GOVERNMENT

CASE NUMBER: CR 12-172-TUC-JGZ

| PRESIDING JUDGE Hon. Jennifer Guerin Zipps | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S) March 11, 2013 | PLAINTIFF ATTORNEY(S) Jesse Figueroa, AUSA | DEFENDANT ATTORNEY(S) Jay Sagar, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1. | | 3.11.2013 | 3.11.2013 | Robert Nemcik, Corrections Officer, Tucson, Arizona | ✓ |
| 2. | | 3.11.2013 | 3.11.2013 | Alberto Duarte, Corrections Officer, Tucson, Arizona | ✓ |
| 3. | | 3.11.2013 | 3.11.2013 | Lt. Christopher Chopko, U.S. Bureau of Prisons, Tucson, Arizona | ✓ |
| 4. | | 3.11.2013 | 3.11.2013 | Eileen Loughrey, Registered Nurse, U.S. Bureau of Prisons, Tucson, Arizona | ✓ |
| 5. | | 3.11.2013 | 3.11.2013 | Manuel Gonzalez, Corrections Officer, U.S. Bureau of Prisons, Tucson, Arizona | ✓ |
| 6. | | 3.12.2013 | 3.12.2013 | Brett Ward, Corrections Officer, U.S. Bureau of Prisons, Tucson, Arizona | |
| 7. | | | | Vicki Petricka, Hearing Officer, U.S. Bureau of Prisons, Tucson, Arizona | |
| 8. | | | | Angela Blake, Court Systems Officer U.S. Bureau of Prisons | |
| 9. | | 3.12.2013 | 3.12.2013 | Guillermo Lopez, Corrections Officer U.S. Bureau of Prisons Tucson, AZ | |
| 10. | | | | Daniel Diaz, Corrections Officer, U.S. Bureau of Prisons, Tucson, Arizona | |
| 11. | | | | John DeSousa, Federal Bureau of Investigation, Tucson, Arizona | |
| 12. | | | | John Olivera, Iowa | |
| 13. | | | | Donna Stienfeldt, Iowa | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 14. | | | | William Grothoff, Youth Services Technician, Eldora, Iowa | |
| 15. | | | | Deborah Crosser, Iowa | |
| 16. | | | | Randolfo Cordova<br>U.S. Bureau of Prisons | |
| 17. | | | | Mark Wright<br>M.D. | |
| 18. | | | | Vincent Daigel<br>U.S. Bureau of Prisons | |
| 19. | | | | Teresa Bloomfield<br>U.S. Bureau of Prisons | |
| 20. | | | | Todd Brown<br>U.S. Bureau of Prisons | |
| 21. | | | | Anabel Santa Maria<br>FPD Investigator | |