

FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAR 1 4 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America
PLAINTIFF

vs.

Ted Earl Severeid
DEFENDANT

## DEFENDANT'S WITNESS LIST

CASE NUMBER:  **CR 12-00172-TUC--JGZ(LAB)**

| PRESIDING JUDGE Hon. Jennifer G. Zipps | | COURTROOM DEPUTY | COURT REPORTER | |
|---|---|---|---|---|
| HEARING/TRIAL DATE(S) March 11, 2013 | | PLAINTIFF ATTORNEY(S) Jesse J. Figueroa Assistant U.S. Attorney | DEFENDANT ATTORNEY(S) Jay V. Sagar, AFPD Peter M. Raptis, AFPD | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| | X | 3.12.2013 | 3.12.2013 | Alan Ault, Reg. #09276-029 | |
| | X | | | Cesar Saldivar-Ramirez, Reg. #75851-308 | |
| | X | 3.12.2013 | 3.12.2013 | S/A John DeSouza, Federal Bureau of Investigation | |
| | X | 3.12.2013 | 3.12.2013 | Corrections Officer Daniel Diaz, USP | |
| | X | 3.12.2013 | 3.12.2013 | Anabel Santamaria, FPD Investigator | |
| | X | | | Alfredo Martinez, FPD Investigator | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I:\Sagar\2_Open Cases\Severeid, Ted Earl\2_Motions\Trial II\Defendant's Witness List.frm