```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

        MAR 1 4 2013

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

*(Filed <u>under seal</u> when signed, due to Privacy Act of 1974)*

| | |
|---|---|
| United States of America,   ) | CR 12-00172-TUC-JGZ (LAB) |
| Plaintiff,   ) | |
| vs.   ) | **VERDICT** |
| Ted Earl Severeid,   ) | |
| Defendant.   ) | |

WE THE JURY, FIND THE DEFENDANT, TED EARL SEVEREID, __GUILTY__ OF ASSAULT ON A FEDERAL OFFICER AS CHARGED IN THE INDICTMENT.

Signature Redacted    ———————    March 14, 2013
                                                Date

cc: redacted copy to counsel